No. 1106. EVANS ET AL. *v.* ABNEY ET AL. Sup. Ct. Ga. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Jack Greenberg, James M. Nabrit III, Charles L. Black, Jr.,* and *Anthony G. Amsterdam* for petitioners. *Frank C. Jones* for respondents.

No. 946. BEECH-NUT LIFE SAVERS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Leonard Joseph* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 982. TELEDYNE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Charles G. Bakaly, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 1071. GROENDYKE TRANSPORT, INC. *v.* DAVIS, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 5th Cir. Certiorari denied. *Payne Ratner* and *Joe H. Tonahill* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondents.

No. 1111. HADLEY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* and *James Manahan* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *Lloyd C. Hutchinson* and *William F. Thompson,* Deputy Attorneys General, for respondent.